## DENIS CRONAN v. THE SUCCESSION OF McDONOGH et al.

A title to real estate does not pass by the adjudication of an auctioneer, unless he was authorized in writing to make the sale.

APPEAL from the Second District Court of New Orleans, *Lea*, J.
*G. B. Duncan*, for plaintiff. *J. Livingston*, for the Cities of New Orleans and Baltimore, appellants.

MERRICK, C. J. We consider the objections to the form of the action virtually determined by the decree of this court remanding the cause in order to make parties. See case, 9 An. 302.

CRONAN
v.
McDONOGH.

The plaintiff *Cronan* and the appellants, the Cities of Baltimore and New Orleans, the universel legatees under the will of *McDonogh*, claim title through *A. Hodge, Jr.*

The act of sale from *Hodge* to *Conrey* was duly recorded, and although junior to the auction sale under which the legatees of *McDonogh* claim, must nevertheless prevail over it, because among other reasons it does not appear that the auctioneers were authorized in writing to make the sale.   C. C. 2584; 9 An. 363.

The universal legatees of the will of *McDonogh* being without interest in the property, cannot question the sale to *Cronan* for irregularities, if any such exist.

Judgment affirmed.